# Third District Court of Appeal

## State of Florida

Opinion filed March 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1362
Lower Tribunal No. 24-460-CP-02
_____

**Carlos Paz**,
Appellant,

vs.

**In Re: Don S. Cohn**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Carlos Paz, in proper person.

No appearance, for appellee.

Before EMAS, SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.